UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Case No. 26-cr-34 (JNE/LIB)
ORDER

Ranferi Rebolledo-Garay,

Defendant.

Defendant was charged with one count of Reentry of Removed Alien. The United States filed a motion to dismiss the Indictment and an amended motion to dismiss the Indictment. The United States asserted that Defendant was removed from the United States in August 2026. The Court denies as moot the motion to dismiss [Docket No. 15] and grants the amended motion to dismiss [Docket No. 16]. *See* Fed. R. Crim. P. 48(a); *United States v. Bernard*, 42 F.4th 905, 909 (8th Cir. 2022). The Indictment is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: August 28, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge